IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DIANE M. RITZIE, ) | |
| ) | Case No. 4:04CV00039 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| J & J INVESTMENTS AND SALES, INC.; ) | |
| CHAMPION HOME BUILDERS CO.; ) | By: **Jackson L. Kiser** |
| JULIA JAMES and JOHN JAMES, ) | Senior United States District Judge |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss is **GRANTED** and Count IV of Plaintiff's Complaint is hereby **DISMISSED** with prejudice.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 10th day of February, 2006

                                                    s/Jackson L. Kiser
                                                    Senior United States District Judge

1