IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DIANE M. RITZIE, | Case No. 4:04CV00039 |
| Plaintiff, | **ORDER** |
| v. | |
| | By: Jackson L. Kiser |
| J & J INVESTMENTS AND SALES, INC.; CHAMPION HOME BUILDERS CO.; JULIA JAMES and JOHN JAMES, | Senior United States District Judge |
| Defendants. | |

For the reasons stated in the accompanying Memorandum Opinion, the Defendant's Motion for Summary Judgment is **GRANTED** and Count VI of Plaintiff's Complaint is hereby **DISMISSED** with prejudice.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 30th day of March, 2006

s/Jackson L. Kiser
Senior United States District Judge