IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DIANE M. RITZIE, ) | Case No. 4:04CV00039 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ) | By: **Jackson L. Kiser** |
| J & J INVESTMENTS AND SALES, INC.; ) | Senior United States District Judge |
| CHAMPION HOME BUILDERS CO.; ) | |
| JULIA JAMES and JOHN JAMES,, ) | |
| ) | |
| Defendants. | |

On November 22, 2005 Defendant Champion Home Builders Co. ("Defendant") filed five Motions in Limine [Dkt. Nos. 100, 101] against Plaintiff Diane M. Ritzie ("Plaintiff") in the above-styled matter. Since that time, all of Plaintiff's claims against Defendant have been dismissed. Therefore, the Defendant's Motions are **DISMISSED** as moot.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 31st day of March, 2006.

s/Jackson L. Kiser
Senior United States District Judge

1