# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| DIANE M. RITZIE, ) | |
| ) | Case No. 4:04CV00039 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| J & J INVESTMENTS AND SALES, INC.; ) | |
| CHAMPION HOME BUILDERS CO.; ) | By: Jackson L. Kiser |
| JULIA JAMES and JOHN JAMES, ) | Senior United States District Judge |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment is **GRANTED** and Counts III, V, and VIII of Plaintiff's Complaint are hereby **DISMISSED** with prejudice.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record. The clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 6th day of July, 2006.

                                            s/Jackson L. Kiser
                                            Senior United States District Judge